■ In the Matter of ANA GONZALEZ et al., Appellants, v ROBERT S. BLACK et al., Constituting the Board of Elections of the City of New York, Respondents, and CARL VALVERDE, Respondent. — Judgment, Supreme Court, Bronx County (Kent, J.), entered on August 25, 1981, unanimously affirmed, without costs and without disbursements. No opinion. concur — Markewich, J.P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of AGUSTIN ALAMO et al., Appellants, v HECTOR DIAZ et al., Constituting the Board of Elections of the City of New York, Respondents, and WENDELL FOSTER, Respondent. — Judgment, Supreme Court, Bronx County (Kent, J.), entered on August 25, 1981, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Markewich, J.P., Lupiano, Silverman, Bloom and Fein, JJ.                              .

■ In the Matter of MICHAEL A. BENJAMIN et al., Respondents, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and GILBERTO GERENA-VALENTIN, Appellant. In the Matter of GILBERTO GERENA-VALENTIN, Appellant, v ROBERT S. BLACK et al., Constituting the Board of Elections of the City of New York, Respondents, and MICHAEL A. BENJAMIN et al., Respondents. — Judgment, Supreme Court, Bronx County (Kent, J.), entered on August 26, 1981, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Markewich, J.P., Lupiano, Silverman, Bloom and Fein, JJ.